ORIGINAL

David L James
6735 Meadowcrest Dr.
Arlington, TX 76002

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS-DALLAS

| | |
|---|---|
| David Lee James, | ) |
| Plaintiff, | ) Case No.: 3-09-CV-1661-K |
| vs. | ) PLAINTIFF'S OBJECTION/RESPONSE TO |
| EQUIFAX INFORMATION SERVICES, | ) MAGISTRATE JUDGE ORDER DATED |
| ET.AL, | ) 10/16/2009 |
| Defendant | ) |

COMES NOW PLAINTIFF David Lee James with his Objection/Response to Magistrate Judge Kaplan's Questionnaire and Directions to Plaintiff based on the following:

1. Lack of Jurisdiction
2. Violation of Due Process
3. Intimidation/Harassment

**RELEVANT HISTORY**

On August 13, 2009 I entered into an agreement with an individual name J.B. Black who represented that he owned and operated a Texas Credit Service Organization named John L. Loomis & Associates, PC. Mr. Black represented to me that he had several years of experience in the credit industry and that his company was Licensed and Bonded. Mr. Black represented to me that he would work to repair my credit and improve my score above 700. Mr. Black represented to me that if necessary, he would file a Federal Lawsuit on my behalf and represent my interest in Court. See Exhibit 1 (CLEINT AUTHORIZATION FORM)

On or about 9/15/09, I received a written <u>Questionnaire</u> from the Court. Not knowing exactly what to do or how to respond, again, I immediately made numerous attempts to get in contact Mr. Black in order to inform him of my receipt of the Courts' Documents and to obtain guidance and/or direction on how to address the Courts' questionnaire, which prove to bear no fruit. After several unsuccessful attempts to contact Mr. Black I began to realize I had been duped and defrauded.

On or about October 17, 2009, I received an **Order** from the Court which in part orders me to accurately and adequately respond to the Court's questionnaire within twenty (20) days; and an admonishment for failure to comply along with potential sanctions and dismissal of my complaint for want of prosecution. This has compelled me to enlist the services of a Licensed and Bonded Texas Credit Service Organization and a Non Profit Organization to assist with my FCRA Complaint and mitigate my loss/damages and so I answer the questionnaire as such.

QUESTION NO. 1: You state in your complaint that venue lies in Tarrant County, Texas. Tarrant County is located in the Fort Worth Division of the Northern District of Texas, not the Dallas Division of the Northern District of Texas. See 28 U.S.C. 124(a)(2). Did you intend to file your complaint in the Fort Worth Division of the Northern District of Texas? If not, explain why venue is proper in the Dallas Division of the Northern District of Texas.

ANSWER: Yes. I do reside in Tarrant County Northern District of Texas and my complaint should have originally been filed in the Fort Worth Division of the Northern District of Texas. Given this fact, I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue.

QUESTION NO. 2: Please provide the following information with regard to your claim against Trans Union:

    a.) state, **specifically**, what false information concerning you Trans Union adds, stores, maintains, and disseminates;

    b.) state, **specifically**, what positive credit information concerning you Trans Union has withheld and not provided;

    c.) state, **specifically**, what removed items Trans Union reinserted on your consumer credit report without proper notification;

    d.) state, **specifically**, how the procedures Trans Union uses fail to assure maximum possible accuracy of the information it maintains and reports;

    e.) state all **specific** facts that support your claim that Trans Union failed to conduct a reasonable investigation into you disputes;

    f.) state the date(s)(month/day/year) you informed Trans Union that you disputed information contained on your consumer credit report:

    g.) state whether you informed Trans Union of the disputed information orally, in writing, or otherwise; and

    h.) attach a copy of all written correspondence between Trans Union and you related to the disputed information on your consumer credit report.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil

Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

QUESTION NO. 3: Please provide the following information with regard to your claims against defendant Experian:
   a) state, **specifically,** what false adverse information concerning you Experian adds, stores, maintains and disseminates;
   b) state, **specifically,** how the procedures Experian uses fail to assure maximum possible accuracy of the information it maintains and reports;
   c) state all **specific** facts that support you claim that Experian failed to conduct a reasonable investigation into your disputes;
   d) state the date(s) (month/day/year) you informed Experian that you disputed information contained on your consumer credit report;
   e) state whether you informed Experian of the disputed information orally, in writing, or otherwise; and
   f) attach a copy of all written correspondence between Experian and you related to the disputed information on your consumer credit report.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I

should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

> QUESTION NO. 4: Please provide the following information with regard to your claims against defendant Equifax:
> a) state, **specifically,** what false adverse information concerning you Equifax adds, stores, maintains, and disseminates;
> b) state, **specifically,** how the procedures Equifax uses fail to assure maximum possible accuracy of the information it maintains and reports;
> c) state all **specific** facts that support you claim that Equifax failed to conduct a reasonable investigation into your disputes;
> e) state whether you informed Equifax of the disputed information orally, in writing or otherwise; and

1    f) attach a copy of all written correspondence between Equifax
2       and you related to the disputed information on your consumer
3       credit report.
4       ANSWER: I object to the Magistrate Judges' Questionnaire on
5    grounds that this Court lacks jurisdiction to hear my Complaint and I
6    should be allowed to seek leave from the Court to Amend Complaint and
7    re-file in the proper venue; violation of my due process in that I
8    have been denied to right to seek information that is relevant or
9    likely to lead to discovery of admissible evidence; I object to
10   Questionnaire to the extent that they, either separately or in
11   combination, purport to impose upon Plaintiff obligations that exceed
12   those imposed by Rule 26 and 34 of the Federal Rules of Civil
13   Procedure, the local rules of the United States District Court for the
14   Northern District of Texas, or the Court's directives; Questionnaire
15   purports to impose upon me a duty to search for and/or provide
16   information that is in part not within my possession, custody, or
17   control and are, therefore, unduly burdensome, oppressive, harassing,
18   vexatious, and go beyond the limits permitted by the Federal Rules of
19   Civil Procedure; I expressly reserve the right to supplement or modify
20   my responses and objections as its ongoing investigation and discovery
21   efforts reveal further information, if any. I further object to this
22   request to the extent that they are as readily available to Defendant
23   as they are to Plaintiff.
24
25       QUESTION NO. 5: You state that Dish Network violated the Fair
26   Debt Collection Practices Act. With regard to this claim, please
27   answer the following:
28       (a)   For what good or service does Dish Network claim you owe a
29             debt?
30       (b)   Does Dish Network claim you owe money to Dish Network (as
31             opposed to a third party)?
32

    (c)    Has Dish Network ever attempted to collect money you owe to any entity other than Dish Network?

    (d)    Has Dish Network, in the course of attempting to collect a debt, used any name other than its own that would indicate that a third party is attempting to collect a debt on behalf of Dish Network? If so, please state the name it used.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

QUESTION NO. 6: You state that American General Financial violated the Fair Debt Collection Practices Act. With regard to this claim, please answer the following:

(a) For what good or service does American General Financial claim you owe a debt?

(b) Does American General Financial claim you owe money to American General Financial (as opposed to a third party)?

(c) Has American General Financial ever attempted to collect money you owe to any entity other than American General Financial?

(d) Has American General Financial, in the course of attempting to collect a debt, used any name other than its own that would indicate that a third party is attempting to collect a debt on behalf of American General Financial? If so, please state the name it used.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

QUESTION NO. 7: You state that American General Financial violated the Fair Debt Collection Practices Act. With regard to this claim, please answer the following:

(a) For what good or service does Trophy Nissan claim you owe a debt?

(b) Does Trophy Nissan claim you owe money to Trophy Nissan (as opposed to a third party)?

(c) Has Trophy Nissan ever attempted to collect money you owe to any entity other than American General Financial?

(d) Has Trophy Nissan, in the course of attempting to collect a debt, used any name other than its own that would indicate that a third party is attempting to collect a debt on behalf of Trophy Nissan? If so, please state the name it used.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery

efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

QUESTION NO. 8: You state that Sterling violated Fair Debt Collections Practices Act. With regard to this claim, please answer the following:

    (a)    For what good or service does Sterling claim you owe a debt?

    (b)    What type of business is Sterling engaged in?

    (c)    Does Sterling claim you owe money to Sterling (as opposed to a third party)?

    (d)    Has Sterling ever attempted to collect money you owe to any entity other than Sterling?

    (e)    Has Sterling, in the course of attempting to collect a debt, used any name other than its own that would indicate that a third party is attempting to collect a debt on behalf of Sterling? If so, please state the name it used.

    (f)    Provide the full name of "Sterling" and list the address where service of process may be effected on this defendant.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide

information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

QUESTION NO. 9: Several defendants are listed in the caption of your case, but you do not make any factual allegations against them in your complaint. These defendants are: CSC Credit Services, First Premier Bank, Applied Bank, Citi Morge, Colnial-ML, Tide Financial and the Office of the Attorney General. Do you wish to include any of the parties as defendants to this suit? If so, list which of these parties you wish to include as defendants to this suit and answer the following questions with regard to each defendant:

    a) Identify the statue or case law basis under which you are suing the defendant;

    b) **briefly** provide the underlying facts with regard to your claim(s) against the defendant;

    c) state **specifically** how you were harmed by the defendant;

    d) state the date the defendant acted:

    e) state whether the defendant is a consumer reporting agency;

    f) state the date you became aware of the actions of the defendant; and

    g) provide the address where service of process may be made on the defendant.

ANSWER: I object to the Magistrate Judges' Questionnaire on grounds that this Court lacks jurisdiction to hear my Complaint and I should be allowed to seek leave from the Court to Amend Complaint and re-file in the proper venue; violation of my due process in that I

have been denied to right to seek information that is relevant or likely to lead to discovery of admissible evidence; I object to Questionnaire to the extent that they, either separately or in combination, purport to impose upon Plaintiff obligations that exceed those imposed by Rule 26 and 34 of the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Northern District of Texas, or the Court's directives; Questionnaire purports to impose upon me a duty to search for and/or provide information that is in part not within my possession, custody, or control and are, therefore, unduly burdensome, oppressive, harassing, vexatious, and go beyond the limits permitted by the Federal Rules of Civil Procedure; I expressly reserve the right to supplement or modify my responses and objections as its ongoing investigation and discovery efforts reveal further information, if any. I further object to this request to the extent that they are as readily available to Defendant as they are to Plaintiff.

Dated this October 29, 2009

*David Lee James* (signature)
DAVID LEE JAMES
IN PRO PER

## CLEINT AUTHORIZATION FORM

1. I/We authorize you, the client to provide to John L. Loomis & Associates P.C., Inc Information Including, but not limited to: social security number, employment, income, assets, divorce/separation agreements, credit history documents including bankruptcy and/or foreclosure documentation as deemed necessary.

2. I/We hereby authorize John L. Loomis & Associates P.C., Inc. to act on the Clients' Behalf to obtain and verify such information listed above. Furthermore, I/We authorize John L. Loomis & Associates P.C., Inc., to pull and re-pull credit as deemed necessary to satisfy our obligation I/We authorize John L. Loomis & Associates P.C., Inc. to repair and work on improving credit report as requested. I/We understand that, as with any loan application there is a possibility of credit scores either demonstrating an improvement or a decrease in score. I/We understand that both John L. Loomis & Associates P.C., Inc. are acting on good faith to improve credit scores a on your behalf, and hence will not hold either party liable if such incident may occur in the repair process. You the client herby allow John L. Loomis & Associates to file a federal lawsuit on your behalf to be deemed necessary to repair your credit.

3. A copy of this authorization may be accepted as an original.

_David James_    8-13-09
Clients Signature      Date

DAVID JAMES
Clients Name

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
Social Security #

6735 meadowcrest Dr. Arlington Tx. 76002
Address

08-08-1967
Date of Birth

(X. 1)



EX. 2

# STATE OF TEXAS

### VERIFICATION

I David Lee James am a party to said action and declare under penalty of perjury that I have read and am familiar with contents of the response to Order and that the foregoing are true to the best of my knowledge (28 U.S.C. 1746).

Dated this day October 29, 2009

*David Lee James*

David Lee James
Pro Se